1  Richard A. Mac Bride (SBN 199695)
   Las Office of Richard A. Mac Bride
2  855 Marina Bay Pkwy #210
   Richmond, CA 94804
3  Telephone: (415) 730-6289
   Facsimile: (510) 439-2786
4  Email: richardmacbridelaw@gmail.com

5  Attorney for Plaintiff Richard Sepulveda

6

                    UNITED STATES DISTRICT COURT
7
               FOR THE NORTHERN DISTRICT OF CALIFORNIA
8

9  RICHARD SEPULVEDA,                )  Case No. 23-2816 LJC
                                     )
10                       Plaintiff,  )  **STIPULATION AND ORDER TO**
                                     )  **EXTEND TIME FOR PARTIES TO**
11          vs.                      )  **CONDUCT JOINT SITE INSPECTION**
                                     )  **OF PREMISES**
12  Pancoast Pizza Incorporated, et al., )
                                     )
13                      Defendants.  )  Complaint Filed:  June 7, 2023
                                     )  Answer filed by signatory defendants hereto:
14                                   )  August 4, 2023
                                     )  Trial Date:  None
15                                   )
                                     )
16                                   )
   _____)
17

18      Plaintiff RICHARD SEPULVEDA ("plaintiff") and defendants Robert Stephen Pancoast

19  and Julie Irene Tobias-Pancoast (together, "defendants"), by and through their respective

    attorneys of record, hereby request and jointly stipulate as follows:
20
21      1.      WHEREAS, the signatory defendants Pancoast and Tobias-Pancoast filed their

22              answer on August 4, 2023; and

23      2.      WHEREAS, the parties hereto are conducting settlement negotiations, and are

24              making some progress toward resolving this matter; and

25      3.      WHEREAS, the parties hereto need more time to arrange for their experts to

26              conduct the site inspection while continuing settlement discussions;

27      4.      WHEREAS, the parties have been unable to find an agreeable date for the joint

28              site inspection, but have agreed upon December 5, 2023;

1

2          NOW, THEREFORE, the parties hereby stipulate and agree that the deadline for the

3   parties to conduct the joint site inspection may be extended up to and including December 5,

4   2023, and ask the Court to grant such extension.

5          **IT IS SO STIPUATED.**

6

7   Dated:  October 23, 2023                              Law Office of Richard A. Mac Bride

8                                                         */s/ Richard A. Mac Bride*
                                             By:  _____
9                                                         Richard A. Mac Bride
                                                          Attorney for Plaintiff Sepulveda
10

11  Dated:  October 23, 2023                              Law Office of Jason Gong

12

13                                                        */s/ Jason Gong*
                                             By:  _____
14                                                        Jason Gong
                                                          Attorney for Defendants
15                                                        Robert Pancoast and Julie Tobias-Pancoast

16

17                          **<u>SIGNATURE ATTESTATION</u>**

18          Pursuant to Civil L.R. 5-1(h)(3), I hereby attest that concurrence in the filing of this

19  document has been obtained on October 19, 2023 from the other signatory whose signature is

20  indicated above by a conformed signature ("/s/") within this e-filed document.

21

22  Dated:  October 23, 2023                              */s/ Richard A. Mac Bride*

23                                             _____
                                                          Richard A. Mac Bride
24

25

26

27

28

1

2                                        ORDER

3

4          In the matter of *Sepulveda v. Pancoast Pizza Incorporated et al.*, 23-2816 LJC, the Court

5   having considered the parties' Stipulation for Extension of Time to Conduct Joint Site

6   Inspection, and for Good Cause appearing, it is hereby ORDERED:

7          1.   That the last day for the parties to conduct the Joint Site Inspection pursuant to General

8               Order No. 56 is reset for December 5, 2023.

9          2.   All other dates stand as set out in the Scheduling Order, unless otherwise modified.

10

11  Date: October 23, 2023

12

13                                                        Lisa J. Cisneros

14                                                   United States Magistrate Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---