1
2
3
4
5

RICHARD MAC BRIDE, SB# 199695
LAW OFFICES OF RICHARD A. MAC BRIDE
855 Marina Bay Parkway, Suite 210
RICHMOND, CA 94804
Phone 415-730-6289
Fax 510-439-2786
Attorney for Plaintiff Richard Sepulveda

6
7

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

8
9
10
11
12
13

| | |
|---|---|
| Richard Sepulveda, | ) Case Number 23-2816 LJC |
| Plaintiff, | ) |
| Vs. | ) STIPULATION OF DISMISSAL WITH |
| | ) PREJUDICE AND ORDER |
| Pancoast Pizza Incorporated, et al., | ) |
| Defendants. | ) |

14
15
16
17

Plaintiff Richard Sepulveda, and defendants, Robert Stephen Pancoast, and Julie Irene Tobias-Pancoast (together, "Defendants") by and through their respective attorneys of record (attorney for plaintiff is Richard A. Mac Bride; attorney for defendants is Jason G. Gong of the Law Office of Jason G. Gong), hereby stipulate as follows:

18
19
20
21
22

1. Plaintiff entered into a written Settlement Agreement and General Release in this matter whereby he deemed resolved all claims and agreed to the dismissal of the above-captioned action with prejudice with regard to all defendants named in the complaint, all parties to bear their own respective attorney fees and costs.

23
24

2. This written settlement agreement was entered into by Plaintiff and all defendants Robert Stephen Pancoast and Julie Irene Tobias-Pancoast.

25
26
27

3. The terms of the Settlement Agreement having been fulfilled, accordingly, the Parties signing this stipulation jointly request that the Court dismiss this action with prejudice with respect to all defendants.

28

4.   Simultaneously with this stipulation, plaintiff is filing a notice of dismissal for the defendants who did not file an answer, which are Pancoast Pizza Incorporated, Richard Cordes, and Suzanne Cordes.

Law Offices of Richard A. Mac Bride – By: Richard A. Mac Bride /s/ Richard A. Mac Bride

Attorney for Plaintiff Richard Sepulveda                                                                12/8/2023

Law Office of Jason G. Gong – By: Jason G. Gong /s/ Jason G. Gong

Attorney for defendants Robert Stephen Pancoast and Julie Irene Tobias-Pancoast 12/8/2023

FILER'S ATTESTATION

Pursuant to General Order 45, Section X(B), I hereby attest that on December 8, 2023, I, Richard A. Mac Bride, the attorney of record for plaintiff herein, received the concurrence of attorney Jason G. Gong, in the filing of this document.

/s/ Richard A. Mac Bride

Richard A. Mac Bride

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER

Having considered the signatory parties' Stipulation of Dismissal with Prejudice, and for good cause appearing, it is hereby ORDERED:

1. That the action entitled Sepulveda v. Pancoast Pizza Incorporated, et al., Case No. 23-2816 LJC, is dismissed with prejudice with respect to defendants Robert Stephen Pancoast and Julie Irene Tobias-Pancoast, and all causes of action with respect to them, with each party to bear his/her/its own attorney's fees and costs.

Date: December 11, 2023

_____
Lisa J. Cisneros
United States Magistrate Judge